CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

Attorneys for Plaintiffs and the proposed class in
*LaVertue v. Carrier IQ, et al.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA SILVERA and ANDREW SANDERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER IQ, INC., SAMSUNG ELECTRONICS AMERICA, INC., HTC AMERICA, INC., and JOHN DOE MANUFACTURING<br><br>Defendants. | Case No. 3:11-cv-5821 SI<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>**(N. Dist. Local Rules 7-11, 3-12)** |

1    Pursuant to Northern District Local Rule 3-12, plaintiffs in the putative class action
2  *LaVertue, et al. v. Carrier IQ, Inc. et al.,* Case No. 3:11-CV-006196, filed in this Judicial District
3  on December 9, 2011 hereby request the Court to determine that their case is related to this
4  action and should be assigned to this Department.

5    <u>Summary of Claims Asserted in This *Silvera* Action.</u>  Ms. Silvera and Mr. Sanders filed
6  the instant action on December 2, 2011 and amended their Complaint on December 7, 2011.
7  Plaintiffs assert claims for violations of the Electronic Communications Privacy Act, 18 U.S.C. §
8  2511 and § 2512, and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq., against
9  Defendants Carrier IQ, Inc., Samsung Electronics America, Inc., HTC America, Inc., and John
10 Doe Manufacturers (1-10).  Plaintiffs sue individually and on behalf of a proposed class of, "All
11 people who have a smart phone manufactured by Defendants Samsung or HTC America and
12 people who communicated with said smart phones whose electronic communications were
13 intercepted by a device designed, developed, manufactured, marketed, sold and/or operated by
14 Defendant Carrier IQ called IQRD or Agent IQ without the individual's authorization."  (Silvera
15 FAC [Exh. A hereto], ¶ 14.)

16   <u>Summary of Claims Asserted in The *LaVertue* Action.</u>  On December 9, 2011, Andre
17 LaVertue and Gary Cribbs filed a proposed class action alleging claims for violation of the
18 Federal Wiretap Act, 18 U.S.C. § 2511 et seq. and California's Unfair Competition Law, Cal.
19 Business and Professions Code § 17200 et seq., against Defendants Carrier IQ, Inc., HTC, Inc.,
20 HTC America, Inc., Samsung Electronics America, Inc., and Samsung Telecommunications
21 America, LLC.  Plaintiffs seek relief on behalf of themselves and the following proposed class:
22 "All United States residents who operate a cellular phone device manufactured by HTC or
23 Samsung and from which Carrier IQ, Inc. collected electronic communications."  (LaVertue
24 Complaint [Exh. B hereto], ¶ 35.)

25   <u>Reasons why cases are related.</u>  The *Silvera* and *LaVertue* actions arise from the same
26 transactions and occurrences and seek similar relief.  With the exception of the "Doe" defendants,
27 *LaVertue* names all of the defendants sued in *Silvera*, as well as two related entities.  Both actions
28 allege that Defendants designed, purchased or sold, and embedded software in Plaintiffs' cellular

1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1 telephone devices that enabled Defendants to collect and disseminate information about Plaintiffs'
2 personal electronic communications without Plaintiffs' knowledge or consent.  Both actions seek
3 declaratory and injunctive relief, statutory damages, and restitution on behalf of the overlapping
4 proposed Plaintiff Classes.

5     Relating the cases for coordinated proceedings before Judge Illston is in the interests of
6 justice and the parties.  If the cases are litigated before separate judges, there is a significant risk
7 of duplicative discovery and inconsistent rulings.  Relating the cases is likely to serve the
8 convenience of the parties and the witnesses, and also promote judicial efficiency.

9     For the foregoing reasons, the *LaVertue* Plaintiffs respectfully request that their case be
10 deemed related to this action, and be assigned to the Hon. Judge Susan Illston.

12 Dated:  December 12, 2011     Respectfully submitted,

14     CHAVEZ & GERTLER LLP
    RODDY KLEIN & RYAN
15     HOLLAND, GROVES, SCHNELLER
    & STOLZE, LLC
16     BOLEN, ROBINSON & ELLIS, LLP
    LEVIN, FISHBEIN, SEDRAN & BREMAN

18     By:  _____/s/_____
        Nance F. Becker
19

20     RODDY KLEIN & RYAN
    Gary Klein
21     Shennan Kavanagh
    Kevin Costello
22     727 Atlantic Avenue
    Boston, MA   02111-2810
23     Telephone:  (617) 357-5500 ext. 15
    Facsimile:   (617) 357-5030
24     Email: klein@roddykleinryan.com
25     kavanagh@roddykleinrya.com
    costello@roddykleinrya.com

| | |
|---|---|
| 1 | HOLLAND, GROVES, SCHNELLER |
| | & STOLZE, LLC |
| 2 | Eric D. Holland, #6207110 |
| | Steven J. Stolze, #6203254 |
| 3 | Steven L. Groves, #6211737 |
| 4 | 300 N Tucker, Suite 801 |
| | St. Louis, Missouri 63101 |
| 5 | Telephone: 314.241.8111 |
| | Facsimile: 314.241.5554 |
| 6 | Email: eholland@allfela.com |
| 7 | stevenstolze@sbcglobal.net |
| | sgroves@allfela.com |
| 8 | |
| 9 | BOLEN, ROBINSON & ELLIS, LLP |
| | Jon D. Robinson |
| 10 | Christopher M. Ellis |
| | Shane M. Mendenhall |
| 11 | 202 South Franklin Street, 2nd Floor |
| 12 | Decatur, Illinois 62523 |
| | Telephone: 217.429.4296 |
| 13 | Facsimile: 217.329.0034 |
| | Email: jrobinson@brelaw.com |
| 14 | cellis@brelaw.com |
| 15 | smendenhall@brelaw.com |
| 16 | LEVIN, FISHBEIN, SEDRAN & BREMAN |
| | Charles Schaffer |
| 17 | 510 Walnut Street, Suite 500 |
| | Philadelphia, PA 19106-3697 |
| 18 | Telephone: (215)592-1500 |
| 19 | Facscimile: (215)592-4663 |
| | Email: cschaffer@lfsblaw.com |

3
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED