| | |
|---|---|
| STEVEN J. SKIKOS (SBN 148110) <br> sskikos@skikoscrawford.com <br> MARK G. CRAWFOD (SBN 136501) <br> mcrawford@skikoscrawford.com <br> SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP <br> 625 Market Street, 11th Floor <br> San Francisco, CA 94105 <br> Telephone: (415) 546-7300 <br> Facsimile: (415) 546-7301 <br><br> Attorneys for Plaintiffs <br><br> *Additional counsel listed on signature page* | RODGER R. COLE (CSB No. 178865) <br> rcole@fenwick.com <br> MOLLY R. MELCHER (CSB No. 272950) <br> mmelcher@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Facsimile: 650.938.5200 <br><br> TYLER G. NEWBY (CSB No. 205790) <br> tnewby@fenwick.com <br> JENNIFER J. JOHNSON (CSB No. 252897) <br> jjjohnson@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile: 415.281.1350 <br><br> Attorneys for Defendant <br> Carrier IQ, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWENA SILVERA and ANDREW SANDERS, Individually, and on Behalf of all Similarly Situated Persons, <br><br> Plaintiffs, <br><br> v. <br><br> CARRIER IQ, INC., SAMSUNG ELECTRONICS AMERICA, INC., HTC AMERICA INC., AT&T, INC. SPRINT COMMUNICATIONS COMPANY, L.P., JOHN DOE MANUFACTURERS (1-10), JOHN DOE CARRIERS (1-10), <br><br> Defendants. | CASE NO. 5:11-CV-05821-EJD <br><br> **STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT CARRIER IQ, INC. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT | CASE NO. 5:11-CV-05821-EJD |

WHEREAS the above-referenced plaintiffs filed the above-captioned case;

WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and other laws by the defendants in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination or consolidation have been filed;

WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended complaints in the CIQ cases;

WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties and for the Court;

WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or otherwise respond to their complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on that earlier date;

WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter

jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, this Stipulation does not constitute a waiver by plaintiffs to move for a preliminary injunction, motion for expedited discovery or any other pre-answer motion against Carrier IQ or any other defendant, and Carrier IQ agrees that this Stipulation shall not be the basis for objection to said motions; and

WHEREAS, this Stipulation does not constitute a waiver by Carrier IQ of any defense or objection to any motion for a preliminary injunction, motion for expedited discovery or any other pre-answer motion filed by plaintiffs, including but not limited to moving to stay the action; and

WHEREAS, plaintiffs and defendant Carrier IQ, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, except by court order, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

2. This Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

3. As a condition of entry into this Stipulation, defendant Carrier IQ and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: December 28, 2011               SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP


By: */s/* Mark G. Crawford
    Steven J. Skikos
    Mark G. Crawford

Attorneys for Plaintiffs

DATED: December 28, 2011               FENWICK & WEST LLP


By: */s/* Tyler G. Newby
    Tyler G. Newby

Attorneys for Defendant
Carrier IQ, Inc.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT    - 4 -    CASE NO. 5:11-CV-05821-EJD

*Additional Counsel for Plaintiffs:*

HERMAN GEREL LLP

Maury A. Herman
mherman@hhkc.com
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (501) 561-6024

Christopher V. Tisi
cvtisi@aol.com
2000 L Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 783-6400
Facsimile: (202) 416-6392

Andrea S. Hirsch
ahirsch@hermangerel.com
230 Peachtree Street, Suite 2260
Atlanta, GA 30303
Telephone: (404) 880-9500
Facsimile: (404) 880-9605

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 5 - CASE NO. 5:11-CV-05821-EJD

| | | |
|---|---|---|
| 1 | STEVEN J. SKIKOS (SBN 148110)<br>sskikos@skikoscrawford.com | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com |
| 2 | MARK G. CRAWFOD (SBN 136501)<br>mcrawford@skikoscrawford.com | MOLLY R. MELCHER (CSB No. 272950)<br>mmelcher@fenwick.com |
| 3 | SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP | FENWICK & WEST LLP<br>Silicon Valley Center |
| 4 | 625 Market Street, 11th Floor<br>San Francisco, CA 94105 | 801 California Street<br>Mountain View, CA 94041 |
| 5 | Telephone:    (415) 546-7300<br>Facsimile:     (415) 546-7301 | Telephone: 650.988.8500<br>Facsimile:  650.938.5200 |
| 6 | | |
| 7 | Attorneys for Plaintiffs | TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com |
| 8 | | JENNIFER J. JOHNSON (CSB No. 252897)<br>jjjohnson@fenwick.com |
| 9 | | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 10 | | San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile:  415.281.1350 |
| 11 | | |
| 12 | *Additional counsel listed on signature page* | Attorneys for Defendant<br>Carrier IQ, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | ROWENA SILVERA and ANDREW SANDERS, Individually and On Behalf of all Similarly Situated Persons, | Case No.: CV-11-05821-EJD |
| 18 | | [PROPOSED] ORDER GRANTING STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | CARRIER IQ, INC., SAMSUNG ELECTRONICS AMERICA, INC., HTC AMERICA INC, AT&T, INC., SPRINT COMMUNICATIONS COMPANY, L.P., JOHN DOE MANUFACTURERS (1-10), JOHN DOE CARRIERS (1-10), | |
| 25 | Defendants. | |

Pursuant to stipulation, it is SO ORDERED.

Dated: December 29, 2011

_____
Honorable Edward J. Davila
United States District Judge

[PROPOSED] ORDER                                                                                                           CV-11-05821-EJD

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Mark G. Crawford has concurred in this filing.

DATED: December 28, 2011   By /s/ Tyler G. Newby
TYLER G. NEWBY (CSB No. 205790)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350
tnewby@fenwick.com