1  STEVEN J. SKIKOS (SBN 148110)
   sskikos@skikoscrawford.com
2  MARK G. CRAWFOD (SBN 136501)
   mcrawford@skikoscrawford.com
3  SKIKOS, CRAWFORD, SKIKOS & JOSEPH
   LLP
4  625 Market Street, 11th Floor
   San Francisco, CA 94105
5  Telephone:    (415) 546-7300
   Facsimile:    (415) 546-7301
6
   Attorneys for Plaintiffs
7

8

9

10

11

12  *Additional counsel listed on signature page*

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: 650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16

17  ROWENA SILVERA and ANDREW
    SANDERS, Individually, and on Behalf of all
18  Similarly Situated Persons,

19              Plaintiffs,

20  v.

21  CARRIER IQ, INC., SAMSUNG
    ELECTRONICS AMERICA, INC., HTC
22  AMERICA INC., AT&T, INC. SPRINT
    COMMUNICATIONS COMPANY, L.P., JOHN
23  DOE MANUFACTURERS (1-10), JOHN DOE
    CARRIERS (1-10),
24
                Defendants.
25

26

27

28

CASE NO.  5:11-CV-05821-EJD

**STIPULATION RE: EXTENSION OF
TIME FOR DEFENDANT CARRIER
IQ, INC. TO RESPOND TO
COMPLAINT AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS the above-referenced plaintiffs filed the above-captioned case;

WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and other laws by the defendants in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination or consolidation have been filed;

WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended complaints in the CIQ cases;

WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties and for the Court;

WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or otherwise respond to their complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on that earlier date;

WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT          - 2 -          CASE NO. 5:11-CV-05821-EJD

jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, this Stipulation does not constitute a waiver by plaintiffs to move for a preliminary injunction, motion for expedited discovery or any other pre-answer motion against Carrier IQ or any other defendant, and Carrier IQ agrees that this Stipulation shall not be the basis for objection to said motions; and

WHEREAS, this Stipulation does not constitute a waiver by Carrier IQ of any defense or objection to any motion for a preliminary injunction, motion for expedited discovery or any other pre-answer motion filed by plaintiffs, including but not limited to moving to stay the action; and

WHEREAS, plaintiffs and defendant Carrier IQ, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, except by court order, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

1

2         2.   This Stipulation does not constitute a waiver by Carrier IQ of any defense,

including but not limited to the defenses of lack of personal jurisdiction, subject

3

matter jurisdiction, improper venue, sufficiency of process, or service of process.

4

         3.   As a condition of entry into this Stipulation, defendant Carrier IQ and the

5

plaintiffs, agree that they are complying with and will continue to comply with all

6

evidentiary preservation obligations under governing law.

7

IT IS SO STIPULATED.

8

9

10   DATED: December 28, 2011         SKIKOS, CRAWFORD, SKIKOS & JOSEPH
LLP

11

12

13                                             By: _/s/_ Mark G. Crawford

14                                           Steven J. Skikos
Mark G. Crawford

15                                           Attorneys for Plaintiffs

16   DATED: December 28, 2011         FENWICK & WEST LLP

17

18                                           By: _/s/_ Tyler G. Newby

19                                           Tyler G. Newby

20                                           Attorneys for Defendant
Carrier IQ, Inc.

21

22

23

24

25

26

27

28

1   *Additional Counsel for Plaintiffs:*

2   HERMAN GEREL LLP

3   Maury A. Herman
    mherman@hhkc.com
4   820 O'Keefe Avenue
    New Orleans, LA 70113
5   Telephone:    (504) 581-4892
    Facsimile:    (501) 561-6024
6
    Christopher V. Tisi
7   cvtisi@aol.com
    2000 L Street, NW Suite 400
8   Washington, D.C. 20036
    Telephone:    (202) 783-6400
9   Facsimile:    (202) 416-6392

10  Andrea S. Hirsch
    ahirsch@hermangerel.com
11  230 Peachtree Street, Suite 2260
    Atlanta, GA 30303
12  Telephone:    (404) 880-9500
    Facsimile:    (404) 880-9605
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT                - 5 -                CASE NO. 5:11-CV-05821-EJD

STEVEN J. SKIKOS (SBN 148110)
sskikos@skikoscrawford.com
MARK G. CRAWFOD (SBN 136501)
mcrawford@skikoscrawford.com
SKIKOS, CRAWFORD, SKIKOS & JOSEPH
LLP
625 Market Street, 11th Floor
San Francisco, CA 94105
Telephone:    (415) 546-7300
Facsimile:    (415) 546-7301

Attorneys for Plaintiffs

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
*Additional counsel listed on signature page*    Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWENA SILVERA and ANDREW SANDERS, Individually and On Behalf of all Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., SAMSUNG ELECTRONICS AMERICA, INC., HTC AMERICA INC, AT&T, INC., SPRINT COMMUNICATIONS COMPANY, L.P., JOHN DOE MANUFACTURERS (1-10), JOHN DOE CARRIERS (1-10),<br><br>Defendants. | Case No.: CV-11-05821-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to stipulation, it is SO ORDERED.

Dated: December 29, 2011

_____
Honorable Edward J. Davila
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER                                    CV-11-05821-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being

used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF**

**TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.**  In compliance with General

Order 45.X.B, I hereby attest that Mark G. Crawford has concurred in this filing.


DATED: December 28, 2011          By /s/ Tyler G. Newby
                                          TYLER G. NEWBY (CSB No. 205790)
                                          FENWICK & WEST LLP
                                          555 California Street, 12th Floor
                                          San Francisco, CA 94104
                                          Ph: (415) 875-2300
                                          Fax:  (415) 281-1350
                                          tnewby@fenwick.com