STEVEN J. SKIKOS (SBN 148110)
sskikos@skikoscrawford.com
MARK G. CRAWFORD (SBN 136501)
mcrawford@skikoscrawford.com
SKIKOS, CRAWFORD, SKIKOS &
JOSEPH LLP
625 Market Street, 11th Floor
San Francisco, CA 94105
Telephone: (415) 546-7300
Facsimile: (415) 546-7301

Attorneys for Plaintiffs

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA,
INC.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWENA SILVERA and ANDREW SANDERS, Individually, and on Behalf of all Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., SAMSUNG ELECTRONICS AMERICA, INC., HTC AMERICA INC., AT&T, INC., SPRINT COMMUNICATIONS COMPANY, L.P., JOHN DOE MANUFACTURERS (1-10), JOHN DOE CARRIERS (1-10),<br><br>Defendants. | CASE NO.: CV-11-05821 EJD<br><br>STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC. TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

1    WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2    WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and

3  other laws by the defendants in this case;

4    WHEREAS over 50 other complaints have been filed to-date in federal district courts

5  throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular

6  telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is

7  or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

8    WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to

9  transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings

10  pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or consolidation

11  have been filed, and plaintiffs and defendants anticipate that additional responses will be filed;

12    WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended

13  complaints in the CIQ cases;

14    WHEREAS plaintiffs and defendant Samsung Electronics America, Inc. have agreed that

15  an orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

16  the parties and for the Court;

17    WHEREAS plaintiffs agree that the deadline for defendant Samsung Electronics America,

18  Inc. to answer, move, or otherwise respond to their complaint shall be extended until the earliest of

19  the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

20  CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

21  do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or

22  the MDL transferee court; provided, however, that in the event that Samsung Electronics America,

23  Inc. should agree to an earlier response date in any of these cases, Samsung Electronics America,

24  Inc. will respond to the complaint in the above-captioned action on that earlier date;

25    WHEREAS this Stipulation does not constitute a waiver by Samsung Electronics America,

26  Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction,

27  subject-matter jurisdiction, improper venue, sufficiency of process or service of process;

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    CV-11-05821 EJD

1    WHEREAS, this Stipulation does not constitute a waiver by plaintiffs of the right to move

2    for a preliminary injunction, of file a motion for expedited discovery or any other pre-answer

3    motion against Samsung Electronics America, Inc. or any other defendant and Samsung

4    Electronics America, Inc. agrees that this Stipulation shall not be the basis for objection to said

5    motions; and

6    WHEREAS, this Stipulation does not constitute a waiver by Samsung Electronics America,

7    Inc. of any defense or objection to any motion for a preliminary injunction, motion for expedited

8    discovery or any other pre-answer motion filed by plaintiffs, including but not limited to moving to

9    stay the action; and

10   WHEREAS, plaintiffs and defendant Samsung Electronics America, Inc, agree that they are

11   complying with and will continue to comply with all of their evidence preservation obligations

12   under governing law, and that the delay brought about by this Stipulation should not result in the

13   loss of any evidence.

14   NOW, THEREFORE, pursuant to Civil Local Rule 7-12, plaintiffs in the above referenced

15   case and defendant Samsung Electronics America, Inc., by and through their respective counsel of

16   record, hereby stipulate as follows:

17   1.    The deadline for Samsung Electronics America, Inc. to answer, move, or otherwise

18         respond to plaintiffs' complaint shall be extended until the earliest of the following dates: (i)

19         forty-five days after the filing of a consolidated amended complaint in these cases; or (ii)

20         forty-five days after plaintiffs provide written notice to defendant Samsung Electronics

21         America, Inc. that plaintiffs do not intend to file a Consolidated Amended Complaint; or

22         (iii) as otherwise ordered by this Court or the MDL transferee court; provided, however,

23         that in the event that Samsung Electronics America, Inc. should agree to an earlier response

24         date in any of these cases, except by court order, Samsung Electronics America, Inc. will

25         respond to the complaint in the above-captioned case on that earlier date.

26   2.    This Stipulation does not constitute a waiver by Samsung Electronics America, Inc.

27         of any defense, including but not limited to the defenses of lack of personal jurisdiction,

28         subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

3.      As a condition of entry into this Stipulation, defendant Samsung Electronics

America, Inc. and the plaintiffs, agree that they are complying with and will continue to

comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: December 28, 2011

                                        HERMAN GEREL LLP

                                        By:  _____/s/Christopher V. Tisi_____
                                                  Christopher V. Tisi
                                                  Attorney for Plaintiffs

DATED: December 28, 2011

                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

                                        By:  _____/s/Lance A. Etcheverry_____
                                                  LANCE A. ETCHEVERRY
                                                  Attorney for Defendant
                                        SAMSUNG ELECTRONICS AMERICA, INC.

Additional Counsel for Plaintiffs:

HERMAN GEREL LLP
Maury A. Herman
mherman@hhkc.com
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (501) 561-6024

Christopher V. Tisi
cvtisi@aol.com
2000 L Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 783-6400
Facsimile: (202) 416-6392

Andrea S. Hirsch
ahirsch@hermangerel.com
230 Peachtree Street, Suite 2260
Atlanta, GA 30303
Telephone: (404) 880-9500
Facsimile: (404) 880-9605

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, and for "good cause" shown, it is SO ORDERED.

3

Dated: December 29, 2011

4

Honorable Edward J. Davila
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    CV-11-05821 EJD