1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     650.988.8500
   Facsimile:      650.938.5200
6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone:     (415) 875-2300
   Facsimile:      (415) 281-1350
11
   Attorneys for Defendant
12 CARRIER IQ, INC.

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 ROWENA SILVERA and ANDREW           Case No.: 3:11-cv-5821-EMC
   SANDERS, Individually, and on Behalf of all
18 Similarly Situated Persons,          [PROPOSED] ORDER GRANTING
                                        STIPULATION FOR CONTINUANCE
19              Plaintiffs,

20 v.

21 CARRIER IQ, INC., SAMSUNG
   ELECTRONICS AMERICA, INC., HTC
22 AMERICA INC., L.P., JOHN DOE
   MANUFACTURERS (1-10),
23
                Defendants.
24

25     Pursuant to stipulation, it is HEREBY ORDERED:

26     1.   The Initial Case Management Conference and all associated deadlines, and the

27 date set for ADR certification and selection are continued until further order from this Court.

28     2.   This Stipulation does not constitute a waiver by Carrier IQ, Samsung, or HTC

[PROPOSED] ORDER                                               Case No.: 3:11-cv-05821-EMC

America of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

Dated: 4/24/12

_____
Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED
Judge Edward M. Chen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW